UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| MICHAEL D.,<br> Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner<br>Social Security Administration<br> Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 23-00119-MSM-LDA<br>)<br>)<br>)<br>) |

ORDER

On October 12, 2023, Magistrate Judge Lincoln D. Almond filed a Report and Recommendation (R&R), (EFC No. 15), recommending that the Court grant Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 10) and deny the Commissioner's Motion to Affirm (ECF No. 12) and to enter Judgment in favor of Plaintiff and remand the matter for further administrative proceedings consistent with that decision. After having carefully reviewed the relevant papers and having heard no objections the Court ACCEPTS the R&R and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, the Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 10) is GRANTED, and the Commissioner's Motion to Affirm the Decision (ECF No. 12) is DENIED. Final Judgment in favor of the Plaintiff is entered and the matter is remanded for further administrative proceedings consistent with this decision and order.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

December 5, 2023